

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00008-CR

ETHAN JAY CALLIHAN, Appellant

§ On Appeal from the 235th District Court

§ of Cooke County (CR19-00775)

V.

§ March 4, 2021

§ Opinion by Chief Justice Sudderth

§

THE STATE OF TEXAS

(nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Bonnie Sudderth
     Chief Justice Bonnie Sudderth